UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JANICE WATKINS,**

    **Plaintiff,**

v.                                              Case No.  8:05-cv-353-T-30MAP

**JOHN E. POTTER, Postmaster General**
**United States Postal Service,**

    **Defendant.**
_____/

# ORDER

    THIS CAUSE comes before the Court upon Plaintiff's Motion to Enter Default Judgement [sic] and Impose Sanctions (Dkt. 6).  Plaintiff is seeking sanctions pursuant to Federal Rule of Civil Procedure 4(d)(2) and a default judgment for Defendant's failure to sign and return a Waiver of Service of Summons and failure to file a timely Response to Plaintiff's Complaint.  Plaintiff, however, has misread Rule 4(d)(2).  Rule 4(d)(2) does not impose any legal obligation or duty on Defendant, an officer of a governmental agency,  to waive service of a summons.  See _F.R.C.P._ 4(d)(2) (2005).  Additionally, Plaintiff has neither properly effectuated service upon Defendant as provided in Rule 4(i)(2)(A), nor complied with Rule 4(l).  See _F.R.C.P._ 4(i)(2)(A), 4(l) (2005).

    It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Enter Default Judgement [sic] and Impose Sanctions (Dkt. 6) is **DENIED**.

2. The Plaintiff shall have **thirty (30) days** from the date of this Order in which to perfect service on the Defendant and file proof of same with the Clerk of the Court. Failure to do so within the allotted time shall result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida on August 25, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-353 - Deny Motion for Default.frm